IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jimmie L. Washington,  :
:
    Plaintiff(s),  :
:  Case Number: 1:13cv10
vs.  :
:  Chief Judge Susan J. Dlott
C/O Spradlin, et al.,  :
:
    Defendant(s).  :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 16, 2013 a Report and Recommendations (Doc. 6).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 7).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, the complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. §§ 1915 (e)(2)(B) and 1915 A (b).

    The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that an appeal of this Order adopting the Report and Recommendation will not be taken in good faith.  *See McGore v. Wrigglesworth,* 114 F. 3d 601 (6th Cir. 1997).

    IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court